# USPS Tracking®

FAQs >

**Track Another Package +**

Remove ✕

**Tracking Number:** 70151730000066302348

Your item was delivered to the front desk, reception area, or mail room at 10:36 am on September 13, 2021 in CHICAGO, IL 60661.

## ✓ Delivered, Front Desk/Reception/Mail Room

September 13, 2021 at 10:36 am
CHICAGO, IL 60661



Feedback

**Get Updates** ∨

---

**Text & Email Updates** ∨

---

**Tracking History** ∧

**September 13, 2021, 10:36 am**
Delivered, Front Desk/Reception/Mail Room
CHICAGO, IL 60661
Your item was delivered to the front desk, reception area, or mail room at 10:36 am on September 13, 2021 in CHICAGO, IL 60661.

---

**September 12, 2021, 1:33 am**
Departed USPS Regional Facility
CHICAGO IL DISTRIBUTION CENTER

**September 11, 2021, 2:33 pm**
Arrived at USPS Regional Facility
CHICAGO IL DISTRIBUTION CENTER

**September 10, 2021, 12:13 am**
Departed USPS Regional Facility
LEHIGH VALLEY PA DISTRIBUTION CENTER

**September 9, 2021**
In Transit to Next Facility

**September 8, 2021, 11:59 pm**
Arrived at USPS Regional Facility
LEHIGH VALLEY PA DISTRIBUTION CENTER

**Product Information** ⌄

Feedback

**See Less** ⌃

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs**